UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LENORE AIELLO, an individual,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through XX, inclusive,<br>　　　　　　　Defendants. | Case No.: 2:09-cv-2278-HDM-LRL<br><br>ORDER and<br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

1  or her own costs and attorney's fees.

2  DATED this 22nd day of July, 2010.                    DATED this 22nd day of July, 2010.

3  **SCHUETZE & MCGAHA, P.C.**                           **PHILLIPS, SPALLAS & ANGSTADT, LLC**

WILLIAM W. McGAHA                                       A. J. SHARP
Nevada Bar No. 3234                                     Nevada Bar No. 11457
601 South Rancho Drive, Suite C-20                      504 South Ninth Street
Las Vegas, Nevada 89105                                 Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                               *Attorneys for Defendant*
*Lenore Aiello*                                         *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear their own costs and attorney's fees.

DATED this 3rd day of August, 2010.

_____
**UNITED STATES DISTRICT COURT JUDGE**